UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ERIC LIN,<br><br>  Defendant | Case No.: MJ19-386<br><br>WAIVER OF RULE 5(c)(3)(D) HEARING<br>and ORDER OF TRANSFER |

WAIVER OF RULE 5(c)(3)(D) HEARING

I, Eric Lin, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Southern District of Florida - Miami;

b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this **9th** day of **September**, 2019,

_____   _____
Defense Counsel              Defendant (Eric Lin)

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the <u>Southern</u> District of <u>Florida - Miami</u>. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district.

If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this **9th** day of **Sept**, 2019.

_____
United States Magistrate Judge