

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

September 9, 2019

**CLERK, US DISTRICT COURT**
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

Re:  Eric Lin

Your No:  19-MJ-03305-Louis
Our No:  MJ19-386

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 09/09/2019, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Emily Nero,_____
Deputy Clerk